**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Larry Dean DUTTON, Defendant—
Appellant.**

**No. 05–7669.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 29, 2006.

Larry Dean Dutton, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Dean Dutton appeals the district court's order denying relief on a motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Dutton,* No. CR–94–103–MU (W.D.N.C. filed Sept. 29, 2005 & entered Sept. 30, 2005); *see also United States v. Moreno,* 421 F.3d 1217, 1220 (11th Cir.2005) (holding *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), "is inapplicable to § 3582(c) motions."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*